# United States District Court
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

MATTHEW LANE MILLS, # 2074236 §
    *Plaintiff* §
VS. §     Case No. 4:17CV296
  §
STEVEN PEARSON §
    *Defendant* §

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge Kimberly C. Priest Johnson, who issued a Report and Recommendation concluding that the action should be dismissed for failure to prosecute. The Report and Recommendation, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections having been timely filed, the Court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is accordingly,

    **ORDERED** that Plaintiff's complaint (Dkt. #1) pursuant to 42 U.S.C. § 1983 is **DISMISSED.** All motions by either party not previously ruled upon are **DENIED**.

    **SIGNED this 31st day of August, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE